UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

LUCIA A. VALLADARES,

Plaintiff,

v.                                                    CAUSE NO. 3:22-CV-1038 DRL-SJF

BOARD OF PUBLIC WORKS *et al.*,

Defendants.

## ORDER

On January 5, 2026, United States Magistrate Judge Scott J. Frankel issued a report and recommendation in which he recommended granting defendants' motion to dismiss pursuant to Fed. R. Civ. P. 37(b) and 41(b) because Ms. Valladares failed to prosecute her case and failed to comply with the court's orders. Neither party filed an objection by the January 19, 2026 deadline. Satisfied with the well-reasoned report and recommendation and because no party has objected, the court ADOPTS the report in its entirety [58], GRANTS defendants' motion to dismiss the case with prejudice [49], and DENIES AS MOOT defendants' renewed motion to dismiss motion [56]. This order terminates the case.

SO ORDERED.

January 22, 2026                          *s/ Damon R. Leichty*
                                          Judge, United States District Court